```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 11218
  JOSE SANCHEZ
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-6501


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/28/05 and confirmed on 06/23/05.

     2.  The case was converted to Chapter 7 after confirmation, 07/23/2007.

     3.  The Debtor paid a total of $   3379.16 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG        .00            .00            .00
HARRIS BANK CONSUMER LOA SECURED              .00            .00            .00
WELLS FARGO FINANCIAL IN SECURED           264.07            .00         264.07
BECKET & LEE LLP         UNSECURED        3874.58            .00         237.66
WALINSKI & TRUNKETT      UNSECURED       15876.52            .00         973.88
MARSHALL FIELD           UNSECURED         565.90            .00          34.72
NEXTEL COMMUNICATIONS    UNSECURED        1330.13            .00          81.60
SPRINT                   UNSECURED       NOT FILED           .00            .00
WELLS FARGO FINANCIAL IN UNSECURED          30.62            .00           8.88
         Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  264.07          .00      21677.75         .00      21941.82
PRINCIPAL PAID      264.07          .00       1336.74         .00       1600.81
INTEREST PAID          .00          .00           .00         .00            .00
TOTAL PAID          264.07          .00       1336.74         .00       1600.81
The Debtor's attorney, PATRICK A MESZAROS              , was allowed $   2400.00
and was paid $   400.00  direct and $   1647.50  through the plan.

The Trustee received $    130.85 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



  Dated: 10/16/07                         /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

                    PAGE   2
CASE NO. 05 B 11218 JOSE SANCHEZ